Case: 1:23-cv-00433 Document #: 1 Filed: 01/24/23 Page 1 of 2 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 1 of 2

RECEIVED SM

JAN 24 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Lindsey )
Plaintiff )
)
)
v. )
)
Cook County Hospital (Supervisors, Doctors, Nurse, )
sitters, Cook County Sheriff Police) )
and over 10 sheriff Police and Supervisors )
Defendant

United States District Court
Northern District of Illinois

23-CV-433
Judge Ellis
Magistrate Judge Jantz
CAT 2
RANDOM

## COMPLAINT

On 10/28/22 I just ran to Cook County hospital and called Chicago Police. Out of know where the doctors came outside the hospital and told me I needed to come in. Once I got inside Chicago Police came in and talk to me. I explain that a man was chasing me with a gun. And I ask them would they go check on my kids and grandkids for me at 26 E. 102nd St. And when I was about to leave. The doctors told me I can't go knowhere, cause I'm being transfered to a mental illness (syke) hospital. I ask the Doctor how. I don't want to go. He made me put on a gown, And told me to change into it. I did what I was told. So I talk to a sheriff police who worked in the hospital. He told me to get the fuck out his face. So I ask the nurse may I use her pen and paper. So I wrote down my kids address and grandkids to go check on my family. And please don't let knowbody visit me, cause I don't trust nyone. And place 3 papers on the counter for the sheriff police nd the nurses. Next thing I know the sheriff police said nigger lay down before I put you down. I ask him what's wrong with him. e called six more sheriff police and asat. And they called the doctor. ext thing I know the sheriff police held me down and the nurses elp them put me in restain. I was in them for over six hours. On /29/22 they moved me to the six Floor and the nurse tried to give e a shot. I explain to her that I didn't want a shot. So she shot me nyway. So I jumped out the bed. She called the sheriff police.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 2 of 2

**United States District Court**
**Northern District of Illinois**

)
) Plaintiff
)
)
) v.
)

Dr. Aniesh Bobba M.D., Rasool M.D., Paintsil M.D., Officer Smith and two more officers,
Natour M.D., Josiah M.D., Pierre Louis M.D., Officer Miller, and five more officers,
Raksin M.D., Otua M.D., Defendant Dr. Fessler, Schindbeck M.D., Nelson M.D., Sgt. Lanfair
Fry M.D., Murray M.D., Apushkin M.D., Zhao M.D., Klotne R.N., Sellers R.N., Ramos R.N.,
Zahin M.D., Murray M.D., Hoffman M.D., Shiller M.D., Hardy C.N.A., Carwell C.N.A., Guerrero M.D.,
Dr. Tailor, Mike M.D., Hollis R.N., Villanova R.N., West C.N.A., ONG R.N., Doss C.N.A., Thorne R.N.

**COMPLAINT**

The Sheriff police came ran toward me. I explain to all three of them that, I'm not crazy. Cause, I have some mental illness. They told me to get back in the bed. When I got back in the bed one out the three started electricing me. With some thing like a tazer over eight times. I started passing in and out. When I woke back up I was in restrains again. I was put in restrains for over 30 hours. They would take me out the restrains for me to eat after they didn't feed me breakfast or lunch. While I was in restrains I explain to them I didn't want know visits. And they took it upon they self to send Mavion Johnson up to visits me twice with restrains on. And they let me son Ray John Wesley visit me. After I didn't want know visits. They don't have a mental illness (syke) department. They took it upon they self to hold me hostage, restrain me and torture me. I did not sign myself in there and I shouldn't been made to stay in there. They force me to stay in there between 10/28/22 and 11/3/22. While I was there they denied me my 60 mg. of metadone. By only giving me 20 mg. of metadone. They force me to take insutech shots before breakfast, lunch and dinner. But, they didn't once give me know diabetic medications. I did not sign anything to keep me in the hospital at all. I stayed up for three days straight. Cause, they denied me my skye medication (Then they just shipped me out 11/3/22 to McNeal hospital for know reason) But, while in restrains I use the washroom on my self over five times and know one change me or cleaned me up. They also put me in restrains for over 8 hours first on the first floor. Cause, I wanted to walk around my bed and wanted to go home. They force me to stay there in the hospital. While they took towns torturing me. In all I was in restrains for 8 hrs. then 30 hours. I begged them to let me go home and to take my restrains off. My my cryies fell on deaf hears. Officer Miller called me a nigger. Then called the Sgt. and five more officers on the day shift. Then on the night shift, Officer Smith and two more officers tazer me on the night shift and put me in restrains.