[If you need additional space for ANY section, please attach an additional sheet and reference that section]

Page 1 of 3

SM

FILED

MAR 16 2023 JB

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

John Lindsey )
        Plaintiff )
                 )
                 )
        v.       )
                 )   23-CV-433
Cook County Hospital and )
                    etc, )
        Defendant )

"Amened **COMPLAINT**"

On 10/28/22, I just ran to Cook County Hospital and called Chicago. Out of know where the doctors came outside the hospital and told me I needed to come in. Once I got inside Chicago Police came in and talk to me, I explain that a man was chasing me with a gun. And I ask them would they go check on my kids and grand kids for me at 26E, 102 nd St. And when I was about to leave, The doctors told me I can't can't go know here, cause I'm beening transfered to a mental ill (syke) hospital. I ask the doctor how, I don't want to go, He made me put a gown on. And told me to change into it, I did what I was told. So I talk to a sheriff police (Ofc. Miller) who worked in the hospital. He told me to get the fuck out his face. So I ask the nurse may I use her pen and paper, so I wrote down my kids and grand kids name, For someone to check on them. And I ask them to please don't let anyone visit me, cause, at that point I didn't trust anyone, And I place (3) papers on the counter for the sheriff police and the nurses. Next thing I know the sheriff police, said nigger lay down, before I put you down, I ask him what was wrong with him. He called six more officers and Sgt, Lanfair. And they called the doctors and he (Ofc. miller) told me they have to restrain me, I ask for what. The next thing I know the sheriff police held me down. And the nurses put me in restrains for over six hours. On 10/29/22 they moved me to the six floor. The nurses tried to give me a shot, I explain to her that I didn't want a shot, So she shot me anyway. So I jumped out the bed, she called the sheriff police. Three sheriff police ran toward me, I explain to them that I wasn't crazy, Just cause I have a mental illness. They told me to get back in bed. When I got back in bed, When I got back in bed, One of the sheriff's

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 2 of 3

|  |  |
|---|---|
| Plaintiff<br>John Lindsey<br>v.<br><br>Defendant | ) ) ) ) ) ) ) ) |

**United States District Court**
**Northern District of Illinois**

## COMPLAINT

police, started electricing me. With a tazer multiple times, I start passing in and out. When I woke up I was in restrains for over 30 hours, I explained to the doctors and nurses that I still didn't want know visits They took it upon they self to let Marion Johnson in to see me with restrains on, They don't have a mental illness department at this hospital, And they didn't want to transfer me with restrains on, I didn't sign myself in there, so they took it upon they self to torture me and hold me hostage, I was forced to use the washroom on my self serval times, cause they wouldn't even let me go to the washroom or take a shower, For over thirty hours while I had restrains on, I couldn't do nothing but lay in the bed with restrains on for the 30 hours, Finally they shipped me to McNeal hospital on 11/3/22, with out letting me take a shower before I left.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 3 of 3

)
)                    **United States District Court**
)                    **Northern District of Illinois**
Plaintiff )
John Lindsey )
v. )
Cook County Hospital and )       23-CV-433
etc )
Defendant )

"Amended COMPLAINT"

I'm asking for $2.5 million in damages. Everything that I say is true. And I also have serious mental illness problems, I really need a real attorney to help me get this right the right way. And I need a real investigater to give me the rest of the officers name, I really don't understand what's wrong, Its all caught on video at Cook County Hospital.

Thank You,
John Lindsey

JohnLindsey3700@gmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]